# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EL6Z | 09990553 | A. Frazier | 602 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 26/10/2021 0060 | 36 CFR 2.32(a)(2) |

Place of Offense: NC12 / Highway Ramp 34

Offense Description: Factual Basis for Charge     HAZMAT ☐

Fail to obey lawful order

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Lucier | Gregory | T |

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

2:21-MJ-1064

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*09990553*

Violation No. 09990553  Loc. Code EC62
**STATEMENT OF PROBABLE CAUSE**
(for issuance of an arrest warrant or summons)

I state that on June 09, 2021, while exercising my duties as a law enforcement officer in the Eastern District of North Carolina within Cape Hatteras National Seashore Area: On Wednesday at approximately 2336 hours, I was traveling northbound on NC 12 in a mark National Park Service patrol vehicle (GS622828) when I observed a solo vehicle traveling southbound on NC 12. I activated my radar unit which produced a loud audio tone and showed the vehicle traveling 71 mph in a 55 mph's zone. There was no other vehicle behind or in front of the vehicle. I activated my emergency equipment and conducted a traffic stop on NC 12 and Ramp 34. I identified the driver as Grant M. LUCIER by California driver license. While conducting SFST's, Dare County Sheriff Deputy Pitetti observed the passenger in the backseat attempt to get out of the vehicle. Deputy Pitetti told the male to stay in the vehicle. The male then attempted again to exit the vehicle and Deputy Pitetti ordered the male to stay in the vehicle. The male refuse to listen to Deputy Pitetti. I then brought the male out of the vehicle and instructed him to place his hands behind his back. The male refused so Deputy Pitetti and I placed his hands behind him and placed handcuffs on him. I identified the male as Gregory T. LUCIER by Colorado driver license. I issued G. LUCIER a federal violation notice 09990553 for 36 CFR 2.32(a)(2): Fail to obey a lawful order.

Incident was recorded on Body Camera.

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me by my fellow officer's observation
☐ other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/15/2021
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge