```
================================================================
                    UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF NORTH CAROLINA
                         NORTHERN DIVISION
                         NO. 2:21-MJ-1064-BO
================================================================
```

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       **NOTICE OF HEARING**

GREGORY T. LUCIER,

    Defendant.

---

TYPE OF CASE:

        ___ Civil     __X__ Criminal     ___ 2255

---

TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

| DATE AND TIME: | TYPE OF PROCEEDING: |
|---|---|
| Monday, September 13, 2021 | Initial Appearance, Arraignment and Trial |

| LOCATION OF HEARING: | **\*LOCATION, DATE AND TIME CHANGE\*** <br> United States Courthouse <br> 201 South Evans Street <br> Greenville, North Carolina 27858 <br><br> 3rd Floor,     Main Courtroom     10:30 am |
|---|---|

                                                  PETER A. MOORE, JR.,
                                                  Clerk of Court

8/6/2021                                         /s/ Donna Rudd
Date                                            By: Donna Rudd
                                                  Deputy Clerk

TO: Gregory T. Lucier (via US Mail at 207 S Original Street, Aspen, CO 81611)
Honorable US District Judge Terrence W. Boyle (via CM/ECF Notice of Electronic Filing)
United States Probation (via CM/ECF Notice of Electronic Filing)
Brandon L. Boykin (via CM/ECF Notice of Electronic Filing)
David R. Fitzgerald (via CM/ECF Notice of Electronic Filing)